**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-00371 |
| Aleksandr Golubok | CHAPTER 13 |
| Debtor(s). | JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING**

PLEASE TAKE NOTICE THAT ON January 27, 2023 an "Objection To Confirmation Of Plan Filed January 24, 2023" was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division.

/s/ Nisha B. Parikh
Attorney for Creditor

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B23010028
NOTE: This law firm is deemed to be a debt collector.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2023, a true and correct copy of the foregoing "OBJECTION TO CONFIRMATION OF PLAN FILED January 24, 2023" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:
  Richard G. Fonfrias, Debtor's Counsel
  Marilyn O Marshall, Trustee
  Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:
  Aleksandr Golubok, 2315 Northgate Ave, Riverside, IL 60546

/s/ Tina Kehoe

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B23010028